740 A.2d 1141

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**David STEWARD, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 30, 1999.

David Steward for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW,** this 30th day of November 1999, the petition for allowance of appeal is GRANTED, the order of the Superior Court is REVERSED and the case is REMANDED to the Court of Common Pleas of Montgomery County for proceedings consistent with *Commonwealth v. Lantzy*, 558 Pa. 214, 736 A.2d 564 (1999).